[No. 3475-1.    Division One.    November 17, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN RAYMOND BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 69157, Edward E. Henry, J., entered November 21, 1974. *Dismissed* by unpublished opinion per James, J., concurred in by Williams, C.J., and Farris, J.